# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 30 2022

TAMMY H. DOWNS, CLERK
By: [signature]
DEP CLERK

Christopher C. Armstrong
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

Christina Ward, Scott Westlacht, Robert Shively of Saline County Jail
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 4:22cv1290-KGB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

This case assigned to District Judge Baker
and to Magistrate Judge Kearney

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher C. Armstrong
Address: 2202 Bragg Street
Little Rock AR 72206
City State Zip Code
County: Pulaski County
Telephone Number:
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Christina Ward
Job or Title *(if known)*: Deputy @ Saline County Jail
Address: 1915 Arrow Rd.
Marshall MO 65340
City State Zip Code
County: Saline County
Telephone Number: (660) 886-5512
E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Scott Westhacht
Job or Title *(if known)*: Deputy @ Saline County Jail
Address: 1915 Arrow Rd.
Marshall MO 65340
City State Zip Code
County: Saline County
Telephone Number: (660) 886-5512
E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Robert Shively

Job or Title *(if known)*: Deputy @ Saline County Jail

Address: 1905 Arrow Rd.

Marshall (City) Mo (State) 65340 (Zip Code)

County: Saline County

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name:

Job or Title *(if known)*:

Address:

City State Zip Code

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I, VI, VIII admendment rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendants: Christina Ward, Scott Westlacht, Robert Shively Of the Saline County Jail Center

II. D. Pertaining to 1983 the following defendants abused me and neglected me rights that were due unto me. On or around the month of febuary 2022 I was tased with excessive use of force and placed in a body restraint without being allowed to see medical for the body injuries sustained. Christina Ward and Robert Shively were officers present during the time of the incident. On May 10th or around May I was physically assaulted by a police officer who physically put his knee into my abdomen three times with force. The officers present didn't provide me with medical care. During the time of being incarcerated from December 7, 2022 until September 27, 2022 I was the subject of many assualts to my physical times held against my will, comitted wrongdoing to cause personal injury to me. Scott Westlacht tased me for no reason during the month of April and did not provide me with adequate medical care.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

III. A. The location of the events that give suffiency to my case is the Saline County Jail in Marshall, Missouri at 1915 Arrow Rd.

B. The dates are febuary, March, April, and September of 2022 when the incidents occured where I endured cruel and unusual punishment.

C. During the time from December 8, 2021 until September 27, 2022 I was subject to cruel and unusual punishment from the Saline County Jail Staff. The first occasion I was tased without warning by deputy Scott Westlacht on febuary 10 or about febuary with no medical attention. The second incident where I was tased by deputy Robert Shively on May 15th or about May with no medical attention. The third incident I was not feed for three days without medical attention given to me for malnourishment. The deputy that witheld food from me is Robert Shively, Scott Westlacht and another deputy. The fourth incident is not providing me with adequate sleeping/bedding material for a period of 24 hours. More incidents occured during the time I was there.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Injuries I Sustained are as follows is a broken hand, bruised ribs, entry wounds of taser prongs, Charred flesh from taser shock. Medical Care Was given to me once when I had taser prongs in my shoulder. No other times when excessive use of force Was used did I receive medical attention.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Want punitive damages for pain and suffering of $250,000 dollars. This is for pain and Suffering for justice and liberty

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/18/22

Signature of Plaintiff [signature]

Printed Name of Plaintiff Chris O. Armstrong

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

City ____________ State ____________ Zip Code ____________

Telephone Number ____________

E-mail Address ____________