IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER C. ARMSTRONG**                        **PLAINTIFF**

v.                        Case 4:22-cv-01290-KGB

**CHRISTINA WARD;**
**SCOTT WESTLACHT; and**
**ROBERT SHIVELY**                          **DEFENDANTS**

## ORDER

Plaintiff Christopher C. Armstrong filed a *pro se* § 1983 complaint in this district and moved to proceed *in forma pauperis* (Dkt. Nos. 1, 2). However, from the facts alleged and the defendants named by Mr. Armstrong in his complaint, it appears that venue properly lies in the United States District Court for the Western District of Missouri. 28 U.S.C. § 1391(b). All three named defendants reside in Marshall, Missouri, in Saline County which is in the Western District of Missouri, and the events giving rise to the claim occurred there (Dkt. No. 2, at 2, 3, 6). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Missouri. 28 U.S.C. § 1406(a).

It is therefore ordered that the Clerk of the Court is directed to transfer immediately Mr. Armstrong's entire case file to the United States District Court for the Western District of Missouri.

It is so ordered this 28th day of September, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge