# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

### JUDGMENT IN A CIVIL CASE

CHRISTOPHER C ARMSTRONG,

    Plaintiff,

v.                              Case No. 23-cv-00703-CV-FJG-P

CHRISTINA WARD, et al.,

    Defendants.

○    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: This case is summarily dismissed without prejudice for failure to state a claim.

Entered on: <u>November 27, 2023.</u>

                                            PAIGE WYMORE-WYNN
                                            CLERK OF COURT

                                            <u>/s/ K. Willis</u>
                                            (By) Deputy Clerk